JUDGE OETKEN

# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

FILED
U.S. DISTRICT COURT
2019 DEC -3 PM
S.D. OF N.Y.

DOCKET NUMBER: 19 CV 11083

DATE FILED: DEC 0 3 2019

SIGNED BY: JUDGE MARRERO

DATE SIGNED: NOV 27 2019

TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

___ OTHER DOCUMENTS / EXHIBITS